UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHELLE MCDONALD AND CHRISTOPHER MCDONALD, <br><br> Plaintiffs <br><br> v. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Defendant | § § § § § § § § § § § § <br><br> CIVIL NO. A-18-CV-00941-LY |

# **O R D E R**

On November 12, 2019, the District Court referred Defendant's Motion for Protection Against and Motion to Quash Plaintiffs' Notice of the Deposition of Allstate's Corporate Representative and Subpoena Duces Tecum (Dkt. No. 23) to the undersigned Magistrate Judge for resolution and Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

On November 13, 2019, the Parties filed a Notice of Settlement with the Court giving notice that they have settled the case, and that Defendant's Motion for Protection is now moot. *See* Dkt. No. 27. Accordingly, Defendant's Motion for Protection (Dkt. No. 23) is **DIMISSED** as **MOOT**.

**IT IS FURTHER ORDERED** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Lee Yeakel.

**SIGNED** on November 14, 2019.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE